[No. 43862-0-I.   Division One.   July 16, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. JANE HALTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04214-8, Richard M. Ishikawa, J., entered December 4, 1998. *Reversed* by unpublished per curiam opinion.

[No. 44252-0-I.   Division One.   July 16, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREA M. ALTHEIMER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05310-7, Harriett M. Cody, J., entered February 1, 1999. *Affirmed in part* and *reversed in part* by unpublished opinion per Ellington, J., concurred in by Becker, A.C.J., and Kennedy, J.

[No. 45602-4-I.   Division One.   July 16, 2001.]

EDWARD MULCAHY, ET AL., *Appellants*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-07039-2, Steven G. Scott, J., entered October 14, 1999. *Affirmed* by unpublished opinion per Webster, J., concurred in by Becker, A.C.J., and Ellington, J.

[No. 46031-5-I.   Division One.   July 16, 2001.]

ROLAND K. HOFMANN, ET AL., *Appellants*, v. CHICAGO TITLE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-24796-7, Philip G. Hubbard, Jr., J., entered December 20, 1999. *Affirmed* by unpublished opinion per Webster, J., concurred in by Cox and Ellington, JJ.